JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:22-cv-01595-SSS-KKx | Date | August 11, 2023 |
|---|---|---|---|
| Title | *Timothy L. Whiting v. The Coachella Valley Housing Coalition, et al.* | | |

| Present: The Honorable | SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   ORDER DISMISSING DOE DEFENDANTS AND DISMISSING CASE.**

In its July 5, 2023 order granting Defendants' motion to dismiss as to the named defendants in this case, the Court ordered Plaintiff to show cause on or before July 28 as to his failure to diligently identify and prosecute the remaining, unnamed Doe defendants. The Court directed Plaintiff to file a written submission on or before July 28, 2023 and warned that his failure to do so would result in a complete dismissal of what remained of this case.  [Dkt. 72].

As of the date of this order, Plaintiff has failed to respond to the OSC. As such, the Court **DISMISSES** Doe defendants with prejudice and **DISMISSES** Plaintiff's case in its entirety. The Clerk of Court is directed to **CLOSE** this matter.

**IT IS SO ORDERED.**